(134 So. 817)

### Willie REYNOLDS v. STATE.
### 3 Div. 959.

Supreme Court of Alabama.
May 21, 1931.

Powell & Hamilton, of Greenville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

GARDNER, J.

Petition of Willie Reynolds for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Reynolds v. State, 134 So. 815.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

(134 So. 819)

### W. Ed. CURB v. STATE.
### 2 Div. 987.

Supreme Court of Alabama.
May 21, 1931.

H. W. Stewart, of Marion, and A. M. Pitts, of Selma, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

GARDNER, J.

Petition of W. Ed. Curb for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Curb v. State, 134 So. 817.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.